No. 272. NORWEGIAN NITROGEN PRODUCTS CO. *v.* UNITED STATES. October 17, 1932. Petition for writ of

certiorari to the Court of Customs & Patent Appeals granted. *Messrs. Marion DeVries, Jesse P. Crawford,* and *H. Kennedy McCook* for petitioner. *Solicitor General Thacher, Assistant Attorney General Lawrence,* and *Mr. Robert P. Reeder* for the United States.